**VIRGINIA & AMBINDER, LLP**
By: Charles R. Virginia, Esq.
John M. Harras, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE B.A.C. LOCAL 5 NEW JERSEY PENSION FUND, TRUSTEES OF THE NEW JERSEY B.A.C. ANNUITY FUND, TRUSTEES OF THE NEW JERSEY B.A.C. HEALTH FUND, TRUSTEES OF THE BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND, <br><br> Plaintiffs, <br><br> -against- <br><br> AURAND MASONRY CONTRACTORS LLC, <br> Defendant. | 21 Civ. 19957 (RBK)(SAK) <br><br> **DEFAULT JUDGMENT** |

The Summons and Complaint in this action having been duly served on the above-named Defendant AURAND MASONRY CONTRACTORS LLC, and said Defendant having failed to file an Answer to said Complaint, and said default having been duly noted and upon the annexed Declaration of Default Judgment,

NOW, on the motion of Virginia & Ambinder, LLP, attorneys for Plaintiffs, it is hereby:

ORDERED AND ADJUDICATED that Plaintiffs do recover of AURAND MASONRY CONTRACTORS LLC, the Defendant, with its principal place of business at 650 Fox Run Road, Sewell, New Jersey 08080, in the amount of $46,460.06, consisting of (1) contributions in the principal amount of $27,578.68, (2) total interest through March 8, 2022 in the amount of $4,730.14, (3) liquidated damages in the amount of $5,515.74, (4) audit costs of $2,836.50, and

-2-

(4) attorney's fees and costs in the amount of $5,799; plus interest from March 8, 2022 through the date of judgment; post-judgment interest at the statutory rate; and such further legal, equitable, or other relief as the court sees just and proper; and, that the plaintiffs have execution therefore.

May 31, 2022

~~Julien X. Neals,~~ U.S.D.J.
Robert B. Kugler
This document was entered on the docket on